IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-mJ-8275-GCS |
| ) | |
| BOBBY EVERETT, ) | Title 21 |
| ) | United States Code |
| Defendant. ) | Sections 841(a)(1) and 841(b)(1)(B)(viii). |
| ) | |

## CRIMINAL COMPLAINT

I, Derek Parker, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### DISTRIBUTE A CONTROLLED SUBSTANCE

On or about September 14, 2021, in Marion County within the Southern District of Illinois,

**BOBBY EVERETT,**

Defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## AFFIDAVIT

I am a Special Agent currently assigned to the FBI Fairview Heights Resident Agency (FVHRA), Springfield Field Office. I have been a Special Agent since July 2017. Prior to

becoming a Special Agent, I was a Fairmont City, Illinois, Police Officer for approximately fifteen (15) years and for the last ten (10) years, I was assigned to the Drug Enforcement Administration (DEA) Fairview Heights Resident Office (FHRO) as a Task Force Officer.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On September 14, 2021, law enforcement utilized a confidential source to make a controlled purchase of approximately two ounces of ICE from BOBBY EVERETT at 318 Elm Street in Centralia, Illinois.

2. At approximately 7:00 p.m., the confidential source arrived at a pre-determined location and met with FBI agents. Agents searched the confidential source and vehicle for contraband. None was found. Agents provided confidential source with an audio/video recording device and $1200 in FBI funds to complete the purchase from EVERETT.

3. Confidential source arrived at EVERETT's residence in Marion County Illinois and walked up to the back porch of the house. Agents observed confidential source and another male converse while standing on the front porch. During this time, confidential source gave EVERETT United States currency and EVERETT gave confidential source methamphetamine. Confidential source left EVERETT's residence and returned to a pre-determined location.

4. Upon confidential source's return, law enforcement deactivated the recording devise and searched the confidential source. Law enforcement secured the suspected bags of ICE/methamphetamine. The suspected crystal methamphetamine (also commonly known as "ICE") from the transaction field-tested positive for the presence of methamphetamine. DEA laboratory analysis of the suspected crystal methamphetamine purchased is pending. Agents

reviewed the recordings and the transaction is consistent with confidential source's account. The ICE weighed approximately 58 grams.

5. All of these events occurred within the Southern District of Illinois.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Derek Parker,*
Special Agent, Federal Bureau of Investigations

STEVEN D. WEINHOEFT
United States Attorney

*Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney

State of Illinois      )
                       )  SS.
County of St. Clair    )

Sworn to and subscribed on the 25th day of October, 2021.

The Honorable Gilbert C. Sison
United States Magistrate Judge

3